NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JUSTIN ABBOTT FACEY  Defendant. | CASE NO. 3:25-CR-00033-SLG-KFR  NOTICE OF ATTORNEY APPEARANCE |

Please take notice that CJA Attorney Nicolas Vieth of Vieth Law Offices, Chtd., is appearing as attorney of record for Justin Abbott Facey in the above-mentioned case.

DATED this 22nd day of May, 2025

                          VIETH LAW OFFICES, CHTD.

                          *s/ Nicolas V. Vieth*
                          NICOLAS V. VIETH
                          Attorney for Justin Abbott Facey

NOTICE OF ATTORNEY APPEARANCE - 1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Nicolas V. Vieth*
Nicolas V. Vieth
