NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY<br><br>　　　　Defendant. | CASE NO. 3:25-CR-00033-SLG-KFR<br><br>EXPEDITED MOTION TO ADVANCE THE ARRAIGNMENT |

　　　　Nicolas V. Vieth of Vieth Law Offices, Chtd., moves this Court to advance the Arraignment currently set for July 31, 2025 at 1:30 p.m., to Monday, July 28, 2025 at 10:00 a.m. This is being requested because the undersigned will be flying out of Anchorage on July 31st at 2:00 p.m., and will not be able to appear at 1:30 p.m.

　　　　DATED this 23rd day of July, 2025

　　　　　　　　　　　　　　VIETH LAW OFFICES, CHTD.


　　　　　　　　　　　　　　*s/ Nicolas V. Vieth*
　　　　　　　　　　　　　　NICOLAS V. VIETH

EXPEDITED MOTION TO ADVANCE THE ARRAIGNMENT - 1

Attorney for Justin Abbott Facey

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Nicolas V. Vieth*
Nicolas V. Vieth

EXPEDITED MOTION TO ADVANCE THE ARRAIGNMENT - 2