NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY<br><br>　　　　Defendant. | CASE NO. 3:25-CR-00033-SLG-KFR<br><br>FIRST STATUS REPORT |

Justin Facey, by and through his attorney, Nicolas V. Vieth of Vieth Law Offices, Chtd., provides this Notice to the Court that under the current circumstances and with the amount of discovery provided by the government, in-person review will prove difficult and will take a significant amount of time and resources.

Mr. Facey was being housed at Anchorage Correctional Complex in administrative segregation. After several appeals to the facility requesting a transfer to general population, it is the undersigned's understanding that he is now in general population.

FIRST STATUS REPORT - 1

Regarding visitation and what the defense team can bring into the jail, it is our understanding that we can bring in a preauthorized computer and/or tablet. But we cannot bring in any cellphones, or have any outside internet access on the preauthorized computers and/or tablets. Although this is better than reviewing only paper reports and transcripts of phone calls, it will still prove to be a challenge knowing the amount of discovery previously provided and what has yet to come. The other challenge that we face is that our discovery is under a protective order. See ECF 39. This is noteworthy because we cannot simply provide reports, transcripts, etc., to Mr. Facey to review on his own. Simply put, one or more of the defense team will have to be at the jail in person.

We have spoken to jail staff and U.S.M.S Cable regarding the above, and they have been helpful. But these restrictions remain and because of the complexity and sensitivity of this case along with several other sister cases and their related issues, it is unfortunately going to take the defense significant time to review and allow Mr. Facey to participate in his own defense.

In regard to discovery, the government has been very helpful and diligent in getting the defense copies of what they have in their possession. The problem is that they have accumulated a lot of information over the past several years that has been gathered in relation to this case and several others that may have relevance. So again, because of the complexity, certain restrictions at the jail, and because of

FIRST STATUS REPORT - 2

the protective order, a thorough review will take a significant amount of time in order to provide Mr. Facey with the opportunity to fully participate in his own defense and to shed light on what the government has provided.

As this Court previously directed, if the defense has any issues with any of the above, we will bring it to the Court's attention. As of now, discovery is flowing but the review process under the current circumstances will prove challenging and require a long time and a lot of in-person visits.

DATED this 12th day of August, 2025

VIETH LAW OFFICES, CHTD.

*s/ Nicolas V. Vieth*
NICOLAS V. VIETH
Attorney for Justin Abbott Facey

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Nicolas V. Vieth*
Nicolas V. Vieth