NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY<br><br>Defendant. | CASE NO. 3:25-CR-00033-TMB-MMS<br><br>MOTION FOR APPROVAL OF CO-COUNSEL |

COMES NOW, Defendant Justin Abbott Facey, by and through his counsel of record, Nicolas V. Vieth of Vieth Law Offices, Chtd., and hereby requests that undersigned counsel be permitted to enlist the assistance of Dylan Hitchcock-Lopez, who is on the CJA-approved panel, as Co-Counsel.

This request is in line with the Ninth Circuit CJA Policies (see Appendices Rev. 01-04-23, at pp. 40, re: Lead and Co-Counsel rates in non-capital cases; see also n.2, recognizing that even associate counsel rates may be up to the full CJA rate based upon experience and being a CJA Panel member).

MOTION FOR APPROVAL OF CO-COUNSEL - 1

Undersigned counsel's office has conferred with the CJA Administrator and upon an appropriate order, she will assign Mr. Hitchcock-Lopez as co-counsel to this case. Undersigned counsel is requesting a budget of 200 hours at $175 per hour for Mr. Hitchcock-Lopez.

DATED 9th day of October, 2025

VIETH LAW OFFICES, CHTD.

*s/ Nicolas V. Vieth*
NICOLAS V. VIETH
Attorney for Justin Abbott Facey

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Nicolas V. Vieth*
Nicolas V. Vieth