MICHAEL J. HEYMAN
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00033-TMB-MMS |
|---|---|
| Plaintiff, | |
| vs. | |
| JUSTIN ABBOTT FACEY, | |
| Defendant. | |

**JOINT STATUS REPORT**

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to this Court's order at Docket 40.

Defendant Justin Facey remains in general population. Discovery has been provided. The recordings associated with the Title III intercept were provided to defense counsel on July 30, 2025. The parties met and conferred in person on September 17, 2025, to ensure the defense team is able to access electronic discovery, such as wire calls and cellphone extractions.

There is another production of discovery consisting of pleadings related to the TIII that was made available in September but not picked up. The defense has requested that those materials be held at the USAO pending appointment of local co-counsel. Defense has requested that Facey has a pending motion to appoint additional CJA counsel. Doc. 53.

RESPECTFULLY SUBMITTED October 14, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on October 14, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Adam Alexander
Office of the U.S. Attorney

*U.S. v. Facey*
3:25-cr-00033-TMB-MMS   Page 2 of 2
Case 3:25-cr-00033-TMB-MMS    Document 54    Filed 10/14/25    Page 2 of 2