SCOTT BRADFORD
United States Attorney
District of Oregon

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>    Defendant. | No. 3:25-cr-00033-TMB-MMS |

**JOINT MOTION TO CONTINUE TRIAL SCHEDULING CONFERENCE**

The parties respectfully file this Joint Motion to Continue the Trial Scheduling Conference currently scheduled for December 16, 2025. A continuance is necessary because new attorneys were just appointed for defendant Justin Facey and require additional time to familiarize themselves with the case. In addition, both attorneys for the Government are unavailable on December 16.

The parties respectfully request a status conference be scheduled for the week of December 29, 2025.

Consistent with the Court's prior complexity findings and pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i)-(ii), (iv), Speedy Trial time should be excluded between December 10, 2025 and the date of the continued status conference. *See* Doc. 40.

RESPECTFULLY SUBMITTED December 12, 2025 at Anchorage, Alaska.

SCOTT BRADFORD
United States Attorney
District of Oregon

/s Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Jennifer Ivers

U.S. v. Facey
3:25-cr-00033-TMB-MMS             Page 2 of 2
Case 3:25-cr-00033-TMB-MMS    Document 77    Filed 12/12/25    Page 2 of 2