MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>Defendant. | No. 3:25-cr-00033-TMB-MMS |

**JOINT STATUS REPORT**

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to this Court's February 12, 2026 order.

The parties have met and conferred about this matter, including discovery, defendant Justin Facey's custodial status, and the overall status of the case. Discovery has been provided, and Facey remains in general population. On February 12, 2026, the United States presented to defense counsel a summary of the evidence against Facey. The parties remain on track for the pretrial motion deadline of June 12, 2026, and trial date of October

5, 2026.

RESPECTFULLY SUBMITTED March 2, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on March 2, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

*U.S. v. Facey*
3:25-cr-00033-TMB-MMS	Page 2 of 2
Case 3:25-cr-00033-TMB-MMS    Document 87    Filed 03/02/26    Page 2 of 2