Outlook

**Acceptance Letter**

From Michael Bonney <mbonney@banyancenters.com>
Date Sun 3/1/2026 8:40 AM
To Kayla Brisby <Kayla_Brisby@fd.org>

EXTERNAL SENDER



Date: 3/1/2026

To Whom it may concern:

    This letter is to inform that Justin Facey has been approved to attend treatment at Banyan Alaska, located in Wasilla, Alaska. Upon arrivalJustin Facey will be assessed by a Licensed Clinician and will be placed in the appropriate level of care within our facility. He has been screened and approved for our Partial Hospitalization Program. We provide a Partial Hospitalization Program and Intensive Outpatient Treatment for Substance Abuse. Length of stay will vary based on the initial assessment and clinical and medical necessity.

 If for any reason Justin Facey fails to enter into our program, we will make every attempt to contact you within 24 hours. This letter is valid for 14 days after the date of issue.

Please feel free to visit our website www.banyantreatmentcenter.com or contact me directly if any additional information is required.

Sincerely,

*Jonelle Brennan*

Jonelle Brennan
Director of Admissions
Banyan Treatment Center
(954) 533-7705 ext. 926

